**B1 (Official Form 1)(1/08)**

| United States Bankruptcy Court<br>Southern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Village of Washington Park** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**37-6001957** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5218 N. Park Drive**<br>**Washington Park, IL**<br>ZIP Code **62204** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Saint Clair** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ■ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)     Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Village of Washington Park** ||
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>   Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Village of Washington Park** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Donald M. Samson**
Signature of Attorney for Debtor(s)

**Donald M. Samson 06189025**
Printed Name of Attorney for Debtor(s)

**Donald M. Samson  #6189025**
Firm Name

**226 W. Main St., Ste. 102**
**Belleville, IL 62220**

_____
Address

**Email: dnldsamson@yahoo.com**
**618-235-2226  Fax: 618-235-0037**
Telephone Number

**July  6, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John Thornton**
Signature of Authorized Individual

**John Thornton**
Printed Name of Authorized Individual

**Mayor**
Title of Authorized Individual

**July  6, 2009**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Illinois

In re  **Village of Washington Park**                                Case No.
Debtor(s)                                                            Chapter  **9**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Aetna Insurance** | **Aetna Insurance** | | | 53,449.00 |
| **Calvin Hammonds, Jr.**<br>**Crowder & Scroggins**<br>**121 West Legion Ave.**<br>**P.O. Box 167**<br>**Columbia, IL 62236** | **Calvin Hammonds, Jr.**<br>**Crowder & Scroggins**<br>**121 West Legion Ave.**<br>**Columbia, IL 62236** | | | 24,796.92 |
| **Chico Matt** | **Chico Matt** | | | 300,000.00 |
| **Clay St. Clair**<br>**Crowder & Scroggins**<br>**121 West Legion Avenue**<br>**P.O. Box 167**<br>**Columbia, IL 62236** | **Clay St. Clair**<br>**Crowder & Scroggins**<br>**121 West Legion Avenue**<br>**Columbia, IL 62236** | **Fees for past legal representation** | | 24,796.92 |
| **Eric Evans**<br>**Roth Evans Law Firm**<br>**2421 Corporate Center Drive St. 200**<br>**Granite City, IL 62040** | **Eric Evans**<br>**Roth Evans Law Firm**<br>**2421 Corporate Center Drive St. 200**<br>**Granite City, IL 62040** | | | 16,000.00 |
| **Fish, Inc.**<br>**Earl Joelner**<br>**Wiseguys**<br>**2228 Kingshighway**<br>**Washington Park, IL 62204** | **Fish, Inc.**<br>**Earl Joelner**<br>**Wiseguys**<br>**Washington Park, IL 62204** | | | 80,000.00 |
| **FOP Lay Off Arbitration Award** | **FOP Lay Off Arbitration Award** | | | 50,000.00 |
| **Fraternal Order of Police** | **Fraternal Order of Police** | | | 55,000.00 |
| **Gundlach, Lee, Eggmann, Boyle**<br>**David Schneidwind**<br>**5000 West Main Street**<br>**Belleville, IL 62223** | **Gundlach, Lee, Eggmann, Boyle**<br>**David Schneidwind**<br>**5000 West Main Street**<br>**Belleville, IL 62223** | | | 25,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Village of Washington Park**          Case No. _____

                                  Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Hinshaw & Culbertson** 521 West Main Street, Ste. 300 Belleville, IL 62222 | **Hinshaw & Culbertson** 521 West Main Street, Ste. 300 Belleville, IL 62222 | | | 91,040.11 |
| **IL DEPT. OF EMPLOYMENT SECURITY** BK Unit 33 S. State St. Chicago, IL 60603 | **IL DEPT. OF EMPLOYMENT SECURITY** BK Unit 33 S. State St. Chicago, IL 60603 | | | 448,793.29 |
| **Illinois Municipal Retirement Fund** | **Illinois Municipal Retirement Fund** | | | 26,346.50 |
| **INTERNAL REVENUE SERVICE** Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114-0326 | **INTERNAL REVENUE SERVICE** Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114-0326 | | | 24,509.13 |
| **Police Pension Fund** | **Police Pension Fund** | | | 174,363.18 |
| **Scottsdale Insurance Company** | **Scottsdale Insurance Company** | | | 27,260.00 |
| **St. Clair County Auditor** Patty Sprague-County Auditor 10 Public Square, Room B-558 Belleville, IL 62220 | **St. Clair County Auditor** Patty Sprague-County Auditor 10 Public Square, Room B-558 Belleville, IL 62220 | **Dispatching fees** | | 73,821.69 |
| **Steck-Cooper & Co.** 13 Park Place, Ste. A Belleville, IL 62226 | **Steck-Cooper & Co.** 13 Park Place, Ste. A Belleville, IL 62226 | | | 12,104.00 |
| **United Health Care** Dept. CH10151 Palatine, IL 60055 | **United Health Care** Dept. CH10151 Palatine, IL 60055 | | | 40,000.00 |
| **Waste Management** MILAM RDF 601 Madison Road East Saint Louis, IL 62201 | **Waste Management** MILAM RDF 601 Madison Road East Saint Louis, IL 62201 | | | 31,024.49 |
| **Wright Express** P.O. Box 639 Portland, ME 04104 | **Wright Express** P.O. Box 639 Portland, ME 04104 | | | 28,869.40 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Village of Washington Park**                                Case No.           
                                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Mayor of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **July 6, 2009**                      Signature   **/s/ John Thornton**
                                                                      **John Thornton**
                                                                      **Mayor**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Illinois

In re **Village of Washington Park**              Case No.
                                               Debtor(s)       Chapter   **9**

## VERIFICATION OF CREDITOR MATRIX

I, the Mayor of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge and that it corresponds to the creditors listed in our schedules.

Date: **July 6, 2009**             **/s/ John Thornton**
                                             **John Thornton**/**Mayor**
                                             Signer/Title

A Real Pure Bottled Water
226 Centerville
Belleville, IL 62220


Aetna Insurance


Ameren
2105 E. State Route
Pawnee, IL 62558-4681


Ameren IP
Helper & Bloom
103 W. Vandalia Street, Ste. 300
P.O. Box 510
Edwardsville, IL 62025


Banner Fire Equipment, Inc.
4601 Hedge Road
Roxana, IL 62084


Calvin Hammonds, Jr.
Crowder & Scroggins
121 West Legion Ave.
P.O. Box 167
Columbia, IL 62236


Charles Tire
1572 St. Clair Avenue
East Saint Louis, IL 62205


Chico Matt


Christian NENW
P.O. Box 502705
Muskego, WI 53150-2750


Classic Tire
1601 State
East Saint Louis, IL 62201

Clay St. Clair
Crowder & Scroggins
121 West Legion Avenue
P.O. Box 167
Columbia, IL 62236


Clint McCorkle


CMS Illinois Dept. of Central
Management Services


Coast to Coast Solutions
Dept. 2543-P.O. Box 2153
Birmingham, AL 35201-2153


Communications Revolving Fund
A & R Shared Service Center
P.O. Box 7199
Springfield, IL 62791


Communications Revolving Fund
520 Stratton Office Building
401 South Spring Street
Springfield, IL 62706


Continental Reasearch Corp.
P.O. Box 797070
Saint Louis, MO 63179-7000


Dataline Technologies
P.O. Box 14733
Springfield, MO 65814


Deptartment of Justice
Linebarger, Goggan, Blair & Sampson
1301 Travis St., Ste. 210
Houston, TX 77253


Durgiss, Draphy
#8 Sarpy Road
Belleville, IL 62221

Emblem Enterprises, Inc.
P.O. Box 10033
Van Nuys, CA 91410-0033


Eric Evans
Roth Evans Law Firm
2421 Corporate Center Drive St. 200
Granite City, IL 62040


Fish, Inc.
Earl Joelner
Wiseguys
2228 Kingshighway
Washington Park, IL 62204


FOP Lay Off Arbitration Award


Fraternal Order of Police


Gary Bailey
Illinois FOP Labor Council
5600 S. Wolt Road
Western Springs, IL 60558


GEICO


Gundlach, Lee, Eggmann, Boyle
David Schneidwind
5000 West Main Street
Belleville, IL 62223


H. Edwards Equipment, Inc.
3169 Mascoutah Avenue
Belleville, IL 62221


Haines & Company, Inc.
8050 Freedom Avenue N.W.
Canton, OH 44720-6985


Hartmann Farm Supply of Millstadt
P.O. Box C-3550 Douglas Road
Millstadt, IL 62260

Hinshaw & Culbertson
521 West Main Street, Ste. 300
Belleville, IL 62222


IL Counties Risk Management Trust
P.O. Box 2091
Aurora, IL 60507-2091


IL DEPT. OF EMPLOYMENT SECURITY
BK Unit
33 S. State St.
Chicago, IL 60603


Illini Digital Printing Company
680 N. 20th Street
East Saint Louis, IL 62205


Illinois American Water
P.O. Box 94551
Palatine, IL 60094-4551


Illinois Municipal Retirement Fund



Industrial Chem Labs & Service
55-G Brook Avenue
Deer Park, NY 11729-7200


INTERNAL REVENUE SERVICE
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326


International League of Cities



JBKB



Jody Gomiller
Willer, Stiehl & McCarthy
2 Park Place Professional Center
Belleville, IL 62226

```
Julie, Inc.
P.O. Box 2800
Bedford Park, IL 60499-2800


Kenneth Hall Regional Hosp.
129 N. 8th Street
East Saint Louis, IL 62201


Kuhlman Design Group
Behr, McCarthy & Potter
7777 Bonhomme Ave., Ste. 1400
Saint Louis, MO 63105


Lee Mathews Equipment
P.O. Box 411832-Dept. 100
Kansas City, MO 64141


Liberty Flag & Specialty Company
P.O. Box 398 Hwy. 33
Reedsburg, WI 53959


Linebarger Goggan Blair & Sampson


Link's Auto Body
5521 State Street
East Saint Louis, IL 62204


LOCIS
4000 West Jefferson Street
Joliet, IL 60431


Maclair Asphalt Sales, LLC
P.O. Box 837
East Saint Louis, IL 62203


Memorial Hospital
4500 Memorial Drive
Belleville, IL 62226-5360


Metro East Sand, Inc.
P.O. Box 1585
Springfield, IL 62705
```

Metro East Sanitary District


MSP Lighting Products, Inc.
3140 W. 111th Street
Chicago, IL 60655


OCE Imagistics, Inc.
7555 E. Hampden Ave. Ste. 200
Denver, CO 80231-4834


ORS
P.O. Box 291269
Nashville, TN 37229


Palmer House Hilton
17 East Monroe Street
Chicago, IL 60603


Paul Mirring Florist
8700 State Street
East Saint Louis, IL 62203


Peaknet, Inc.
6400 West Main St., Ste. 1A
Belleville, IL 62223


Penn Credit Corporation


Peterbilt of Springfield
3026 N. Mulroy Road
Strafford, MO 65757


Pioneer Products, Inc.
P.O. Box 234001
Great Neck, NY 11023-9998


Police Pension Fund


Prompt Auto Service
5889 Summit Avenue
East Saint Louis, IL 62203

Royal Chemical Company
P.O. Box 20710
Little Neck, NY 11362


Roywolfmeier Truck Service
415 South Illinois
Millstadt, IL 62260


Scottsdale Insurance Company



Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181


St. Clair County
10 Public Square
Belleville, IL 62220


St. Clair County Auditor
Patty Sprague-County Auditor
10 Public Square, Room B-558
Belleville, IL 62220


Staples, Inc.
Bank of America
P.O. Box 415256
Boston, MA 02241-5256


Steck-Cooper & Co.
13 Park Place, Ste. A
Belleville, IL 62226


Stephens True Value Hardware



Street Dept. Employees



T & R Truck Repair, Inc.
1518 Helen Street
Belleville, IL 62226

```
Tools Plus Industries
P.O. Box 59725
Dallas, TX 75229


UniFirst
2244 N. Bolivar Road
Springfield, MO 65803


United Health Care
Dept. CH10151
Palatine, IL 60055


W.S.M. Inc.
Southern Illinois
2034 St. Clair Avenue


Waste Management
MILAM RDF
601 Madison Road
East Saint Louis, IL 62201


Will Electronics
9789 Reavis Park Drive
Saint Louis, MO 63123


Wright Express
P.O. Box 639
Portland, ME 04104
```