IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: | ) IN CHAPTER 11 PROCEEDINGS |
| | ) |
| VILLAGE OF WASHINGTON PARK, | ) BK 09-31744 |
| | ) |
|     Debtor. | ) |

## MEMORANDUM OF LAW CONCERNING DEBTOR'S ELIGIBILITY FOR RELIEF UNDER CHAPTER 9

Comes now debtor, Village of Washington Park, by its attorney, Donald M. Samson, and shows that after review of current authority there is no state statute that specifically authorizes a municipality to file a Chapter 9 bankruptcy under the standards set forth in 11 USC 109(c) and pursuant to ***In re Sloan Lake Drainage District of Lake County***, 336 B.R. 387 (Bankr. N.D. Ill. 2006).

                                          Respectfully submitted,

DATE: 12/15/10

                                          /s/ Donald M. Samson_____
                                          DONALD M. SAMSON
                                          Attorney for Debtor
                                          226 West Main Street, Suite 102
                                          Belleville, IL 62220
                                          618-235-2226

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 15th day of December, 2010, a copy of the foregoing documents, Memorandum of Law Concerning Debtor's Eligibility for Relief Under Chapter 9, were served upon the following by first class mail, postage prepaid:

| | | |
|---|---|---|
| Eric Joelner<br>President/Fish, Inc.<br>2228 Kingshighway<br>Washington Park, IL  62204 | Lawrence Taliana<br>Attorney for Chico Matt<br>216 N. Main Street<br>Edwardsville, IL  62025 | David Clark<br>Chief of Police<br>1244 N. 49th Street<br>Washington Park, IL  62204 |
| Michael B. Weinstein<br>Associate General Counsel<br>IL Municipal Retirement Fund<br>2211 York Rd., Ste. 500<br>Oak Brook, IL  60523-2337 | David B. Schneidewind<br>Attorney at Law<br>Gundlach, Lee, Eggmann, Boyle<br>5000 W. Main Street<br>Belleville, IL  62223 | Clay St. Clair<br>Associate Attorney for Crowder<br>& Scoggins, Ltd.<br>P.O. Box 167<br>Columbia, IL  62236 |
| Eric Evans<br>President/Roth Evans, P.C.<br>2421 Corporate Centre Dr., Ste. 200<br>Granite City, IL  62040 | Eric H. Holder Jr.<br>U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC  20530-0001 | Steve Wiggington<br>Attorney General<br>9 Executive Drive<br>Fairview Heights, IL  62208 |
| Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 | Kuhlmann Design Group, Inc.<br>Jason W. Kinser<br>7777 Bonhomme Ave., Ste. 1400<br>St. Louis, MO  63105 | Jeffrey Burke, Esq.<br>Illinois Fraternal Order of Police<br>Labor Council<br>5600 South Wolf Road<br>Western Springs, IL  60558 |
| GE Money Bank (Sams Club)<br>Ramesh Singh<br>C/o Recovery Management Systems<br>Corp.-Financial Controller<br>25 SE 2nd Ave., Ste. 1120<br>Miami, FL  33131-1605 | Mr. Steven Wallace<br>Attorney at Law<br>412 Missouri Avenue<br>East St. Louis, IL  62201 | |

/s/ Tara Schaefer